IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
| | |
|---|---|
| MATTHEW THAYER, | ) |
| Plaintiff, | ) Case No. 7:09CV00289 |
| v. | ) FINAL ORDER |
| NRADC, SGT. JONES, C/O POLLING, | ) By: Glen E. Conrad |
| | ) United States District Judge |
| Defendant. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1367(c), and is stricken from the active docket of the court.

ENTER: This 15th day of July, 2009.

_____
United States District Judge